ELLIOTT H. KAJAN, ESQ. SBN 52083
KAJAN MATHER AND BARISH
A Professional Corporation
9777 Wilshire Blvd., Suite 805
Beverly Hills, California 90212
Telephone: (310) 278-6080
Fax: (310) 278-4805
ehk@taxdisputes.com

Attorneys for Defendant,
     Jon M. Tamiyasu

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>JON M. TAMIYASU,<br><br>         Defendant. | Case No. CR 05-705 (ABC)<br><br>ORDER RE EX PARTE MOTION FOR EARLY TERMINATION OF PROBATION |

This matter having come before the Court on the <u>Ex Parte</u> Motion of defendant Jon M. Tamiyasu, to terminate his probation and with the Court having found that all terms of probation have been complied with and the Court being advised that the Probation Office does not object to said motion and for good cause shown, it is

**ORDERED, ADJUDGED AND DECREED** that defendant's term of probation is hereby terminated.

Dated: March 7, 2008

*Audrey B. Collins*

_____
Audrey B. Collins

1
2                                          United States Judge
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25